UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| DK HEARTSILL, LLC,<br>　*Plaintiff,*<br>v.<br><br>TRAVELERS INSURANCE COMPANY<br>and RUSSELL SPENCE,<br>　*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br>CIVIL ACTION NO. 6;21-cv-212<br><br><br><br>JURY DEMANDED |

**Exhibit A**
**INDEX OF MATTERS BEING FILED**

In compliance with 28 U.S.C. § 1446(a), the following matters are filed with Defendant's Notice of Removal in the above-referenced action:

1. Notice of Removal, with the following exhibits attached:

    Exhibit A　　Index of Matters Being Filed

    Exhibit B　　List of All Counsel of Record and Parties Represented

    Exhibit C　　Civil Docket Sheet in the State Court Action

    Exhibit D　　Plaintiff's Original Petition, filed 1/25/2021

    Exhibit E　　Return of Service to Phoenix, 2/10/2021

    Exhibit F　　Return of Service to Russel Spence, 2/26/2021

    Exhibit G　　Phoenix's Original Answer in State Court, 3/5/2021

    Exhibit H　　Phoenix's 542A Election Letter

1

Respectfully submitted,

MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.

By: */s/ Melinda R. Burke*
**Melinda R. Burke**
State Bar No. 03403030
Email: burke@mdjwlaw.com
9111 Cypress Waters Blvd., Suite 250
Dallas, Texas 75019
Telephone: (214) 420-5500
Facsimile: (214) 420-5501

**ATTORNEY FOR THE PHOENIX INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded to opposing counsel in accordance with the Federal Rules of Civil Procedure on March 5, 2021

Jeffrey E. Hansen, Esq.
Hansen & Associates
1101-A North Little School Road
Arlington, Texas 76017

*/s/ Melinda R. Burke*
Melinda R. Burke