UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| DK HEARTSILL, LLC, | § | |
|    *Plaintiff,* | § | |
| v. | § | CIVIL ACTION NO. 6:21-cv-212 |
| | § | |
| TRAVELERS INSURANCE COMPANY | § | |
| and RUSSELL SPENCE, | § | |
|    *Defendants.* | § | JURY DEMANDED |
| | § | |

**Exhibit B**
**LIST OF ALL COUNSEL OF RECORD AND PARTIES REPRESENTED**

Pursuant to 28 U.S.C. § 1446(a), Defendant The Phoenix Insurance Company attaches this List of All Counsel of Record and Parties Represented, and identifies the following:

1. DK Heartsill LP is the Plaintiff.

   **Plaintiff is represented by:**

   **Jeffrey E. Hansen**
   State Bar No. 00784208
   jeff@hhattorneys.com
   HANSEN & ASSOCIATES
   1101-A North Little School Road
   Arlington, Texas 76017
   Phone: (817) 429-0956
   Fax: (817) 496-4605

2. The Phoenix Insurance Company is the Defendant.

   **Defendant is represented by:**

   **Melinda R. Burke**
   State Bar No. 03403030
   Federal I.D. 425268
   E-Mail: burke@mdjwlaw.com
   MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
   9111 Cypress Waters Blvd., Suite 250
   Dallas, Texas 75019
   Telephone: (214) 420-5500
   Facsimile: (214) 420-5501

The removed case is currently pending and is being removed from the 220th Judicial District Court, Bosque County, Texas located at 110 South Main Street, Meridian, Texas 76665. Defendant requests a jury in this removed action.

          Respectfully submitted,

          Martin, Disiere, Jefferson & Wisdom, L.L.P.

     By: */s/ Melinda R. Burke*
        **Melinda R. Burke**
        State Bar No. 03403030
        Email: burke@mdjwlaw.com
        9111 Cypress Waters Blvd., Suite 250
        Dallas, Texas 75019
        Telephone: (214) 420-5500
        Facsimile: (214) 420-5501

        **ATTORNEY FOR THE PHOENIX INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded to opposing counsel in accordance with the Federal Rules of Civil Procedure on March 5, 2021

Jeffrey E. Hansen, Esq.
Hansen & Associates
1101-A North Little School Road
Arlington, Texas 76017

          */s/ Melinda R. Burke*
          Melinda R. Burke