

# Case Information

## DK Heartsill, LLC vs. Traveler's Insurance Company, Russell Spence

CV21-021

File Into

**Location**
Bosque County - District Clerk

**Case Category**
Civil - Other Civil

**Case Type**
Other Civil

**Case Filed Date**
1/25/2021

## Parties 3

| Type | Name | Attorneys |
|------|------|-----------|
| Plaintiff | DK Heartsill, LLC | Jeffrey E Hansen |
| Defendant | Traveler's Insurance Company | |
| Defendant | Russell Spence | |

## Events 3

Oldest | Search events | 🔍 | ❓

+ All    − All

### Petition

Petition

**File Date**
1/25/2021

| Name | Description | Security Description | Pages | Price | |
|------|-------------|----------------------|-------|-------|---|
| Original Petition.pdf | Petition | Does not contain sensitive data | 17 | $1.70 | 🛒 Add |

### No Fee Documents

Citation Return

**File Date**
2/26/2021

| Name | Description | Security Description | Pages | Price | |
|------|-------------|----------------------|-------|-------|---|
| 2021.02.26 Citation Return.pdf | 2021.02.26 Citation Return.pdf | Does not contain sensitive data | 2 | $0.20 | − Remove |

### Answer/Response

**EXHIBIT C**

❓ Help

3/5/2021, 2:46 PM

Defendant The Phoenix Insurance Company's Original Answer

3/5/2021

| Name | Description | Security Description | Pages | Price | |
|------|-------------|---------------------|-------|-------|--|
| ANSWER - Original Answer in State Court (02526386x9F588).pdf | ANSWER - Original Answer in State Court (02526386x9F588).pdf | Does not contain sensitive data | 7 | $0.70 | 🛒 Add |

© 2021 Tyler Technologies, Inc. | All Rights Reserved

Version: 2021.2.0.3138



**EMPOWERED BY**
**TYLER TECHNOLOGIES**