DELIVERED THIS 10 DAY OF Feb 20 21
CARLOS B. LOPEZ
CONSTABLE, PCT 1, TRAVIS COUNTY, TEXAS
BY _____ DEPUTY

## CITATION

| | |
|---|---|
| CLERK OF THE COURT<br>JUANITA MILLER<br>DISTRICT CLERK<br>P.O. BOX 674<br>MERIDIAN, TEXAS 76665 | ATTORNEY FOR PLAINTIFF<br>JEFFREY E HANSEN<br>ATTORNEY AT LAW<br>1101-A NORTH LITTLE SCHOOL ROAD<br>AUSTIN, TX 76017 |

THE STATE OF TEXAS TO: TRAVELERS INSURANCE COMPANY, LLC REGISTERED AGENT CORPORATION SERVICE COMPANY, 211 EAST 7TH STREET, SUITE 620, AUSTIN, TEXAS 78701.

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file an answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 20 days after you file your answer with the clerk. Find out more at TexasLawHelp.org" TRCP.99

You are Hereby commanded to appear by filing a written **ANSWER** to the **PLAINTIFF'S ORIGINAL PETITION** at ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the **HONORABLE 220TH JUDICIAL DISTRICT, BOSQUE COUNTY, TEXAS** at the Court House of said County in **MERIDIAN, TEXAS**. Said Petition was filed in said court on the 25th **day of January, 2021** in this cause numbered **CV21-021** and styled:

DK HEARTSILL, LLC

V.

TRAVELERS INSURANCE COMPANY and RUSSELL SPENCE

The nature of PLAINTIFF'S demand is fully shown to be a true and correct copy of the PLAINTIFF'S ORIGINAL PETITION attached to this citation and made a part hereof. Issued and given under my hand and seal of said Court at Meridian, Texas this <u>25th day of January, 2021.</u>

Attest: _____
JUANITA MILLER
DISTRICT CLERK, BOSQUE COUNTY

By _Stella Green_
DEPUTY

**EXHIBIT E**