Filed: 2/26/2021 3:37 PM
Bosque County, Texas
District Clerk
Juanita Miller

STELLA GREEN

# CITATION

CLERK OF THE COURT
JUANITA MILLER
DISTRICT CLERK
P.O. BOX 674
MERIDIAN, TEXAS 76665

ATTORNEY FOR PLAINTIFF
JEFFREY E HANSEN
ATTORNEY AT LAW
1101-A NORTH LITTLE SCHOOL ROAD
AUSTIN, TX 76017

THE STATE OF TEXAS TO: RUSSELL SPENCE, 1807 HANOVER DRIVE, RICHARDSON, TEXAS 75081

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file an answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 20 days after you file your answer with the clerk. Find out more at TexasLawHelp.org" TRCP.99

You are Hereby commanded to appear by filing a written ANSWER to the PLAINTIFF'S ORIGINAL PETITION at ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the HONORABLE 220TH JUDICIAL DISTRICT, BOSQUE COUNTY, TEXAS at the Court House of said County in MERIDIAN, TEXAS. Said Petition was filed in said court on the 25th day of January, 2021 in this cause numbered CV21-021 and styled:

DK HEARTSILL, LLC

V.

TRAVELERS INSURANCE COMPANY AND RUSSELL SPENCE

The nature of PLAINTIFF'S demand is fully shown to be a true and correct copy of the PLAINTIFF'S ORIGINAL PETITION attached to this citation and made a part hereof. Issued and given under my hand and seal of said Court at Meridian, Texas this 25th day of January, 2021.

Attest: _____
JUANITA MILLER
DISTRICT CLERK, BOSQUE COUNTY

By _____
     DEPUTY

EXHIBIT F

## OFFICER'S RETURN

CV21-021                    220th Judicial District Court of Bosque County, Texas

DK HEARTSILL, LLC

V.

TRAVELERS INSURANCE COMPANY AND RUSSELL SPENCE

Came to hand on the 4 day of February 20 21 at 2:00 o'clock P M and executed the 26 day of February 20 21 by delivering to defendant Russell Spence in person, a true copy of this citation with a copy of the petition attached thereto on 26 day of February 2021 at 12:30 o'clock A M at 1807 Hanover Dr in Dallas County, Texas.

[ ] Not executed. The diligence use in finding defendant being _____

[ ] Information received as to the whereabouts of defendant being _____

Fees .......... $_____      _____ Sheriff / Constable / District Clerk
                              _____ County, Texas
                          By _____ Deputy

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**

In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The return must either be verified or be signed under penalty of perjury. A returned signed under penalty must contain the statement below in substantially the following form:

"My name is Kevin Benson, my date of birth is 2-9-62, and my
             (First, Middle, Last)
address is 209 W 2nd 125 Fort Worth TX 76102
             (Street, City, Zip)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Executed in Tarrant County, State of TX, on the 26 day of February.

_____
MARGUERITE WALTERS
Notary Public, State of Texas
Comm. Expires 06-15-2021
Notary ID 2211519

Kevin Benson
Declarant/Authorized Process Server

PSC 10803  5/31/22
(Id # & expiration of certification)