IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **DK HEARTSILL, LLC** § | |
| § | |
| V. § | **CIVIL ACTION NO. 6:21-cv-212** |
| § | **JUDGE ALAN D. ALBRIGHT** |
| **TRAVELERS INSURANCE COMPANY** § | |
| **AND RUSSELL SPENCE** | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE ALAN D. ALBRIGHT:

NOW COME, DK Heartsill ("Plaintiff") and file this Agreed Motion to Dismiss with Prejudice all claims asserted by Plaintiff against Phoenix Insurance Company ("Defendant"), and, for cause, would show the Court the following:

That Plaintiff and Defendant have resolved their differences, and Plaintiff requests the Court dismiss with prejudice all claims Plaintiff asserted against Defendant in the above-styled cause, with each party to pay its own court costs.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff requests that his action against Phoenix Insurance Company be dismissed with prejudice, with each party bearing their own costs.

*[Signatory Page Below]*

Respectfully submitted,

By: /s/ *Christopher W. Martin*
**Christopher W. Martin**
State Bar No. 13057620
Federal Bar No. 13057620
**MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P**.
808 Travis, Suite 1100
Houston, Texas 77002
Telephone: (713) 632-1700
Facsimile: (713) 222-0101
E-mail: martin@mdjwlaw.com
**Brad A. Allen**
State Bar No. 00796115
Federal Bar No. 00796115
**MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P**.
11467 Huebner Rd., Suite 175
San Antonio, Texas 78230
Telephone:  (210) 298-2444
Facsimile:   (210) 298-2479
Email: allen@mdjwlaw.com

**ATTORNEY-IN-CHARGE FOR**
**DEFENDANT**
**THE PHOENIX INSURANCE COMPANY**

**OF COUNSEL:**

Paul W. Bishop III
State Bar No. 24107708
Federal Bar No. 24107708
E-mail: bishop@mdjwlaw.com
**MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.**
11467 Huebner Road, Suite 175
San Antonio, Texas 78230
Telephone: (214) 298-2442
Facsimile: (214) 298-2479

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing document has been forwarded to opposing counsel in accordance with the Federal Rules of Civil Procedure on this 1st day of August, 2023.

| | |
|---|---|
| Jeffrey E. Hansen<br>Hansen & Associates<br>1101-A North Little School Road<br>Arlington, Texas 76017 | Via email: jeff@hansenattorneys.com, jeff@fracing.com, Fax and USPS Mail, CM, RRR. |

                                              */s/ Brad A. Allen*
                                              Brad A. Allen