# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| DK HEARTSILL, LLC | § § | |
| V. | § § | CIVIL ACTION NO. 6:21-cv-212 |
| | | JUDGE ALAN D. ALBRIGHT |
| TRAVELERS INSURANCE COMPANY AND RUSSELL SPENCE | § § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

**ON THIS DAY** came to be considered the above-entitled and numbered case Plaintiff, DK Heartsill, LLC, and Defendant, Phoenix Insurance Company, and represented to the Court that all matters in controversy have been settled, and request was made by Plaintiff for this matter to be dismissed with prejudice to the refiling of same or any part thereof. The Court, after considering same, is of the opinion that this case should be dismissed.

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that this cause be, and it is hereby, **DISMISSED WITH PREJUDICE** to the refiling of same or any part thereof.

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that all Court costs herein shall be taxed against the party incurring same.

This Order finally disposes of all claims and all parties and is appealable. All relief not expressly granted herein is denied.

**SIGNED** this 2nd day of August, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE